**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 FEB 24 P 4:27

*DC*

SIGN
BY DEPUTY CLERK

| | | |
|---|---|---|
| ERWIN SUTTON, JR. | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _04-125-C-M2_ |
| | * | |
| VAN RU CREDIT CORPORATION | * | COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

**COMPLAINT**

I. Introduction

1.      This is an action for damages brought by an individual consumer for

defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

(hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and

unfair practices.

II. JURISDICTION

2.      Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331

and 1337.

III. PARTIES

3.      Plaintiff, Erwin Sutton, Jr., is a natural person who resides at 5161 Groom

Road, Baker, Louisiana 70714, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.      Defendant, Van Ru Credit Corporation (hereinafter referred to as "Van Ru")

is a foreign corporation, whose principal office is located at 10024 Skokie Blvd., Skokie, Illinois

60077, and whose registered agent for service of process in Louisiana is CT Corporation System,

8550 United Plaza Blvd., Baton Rouge, Louisiana 70809.  Van Ru, at all times relevant hereto,

regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined

| INITIALS | DOCKET# |
|---|---|
| nH | .1 |

JR-Waiver

under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5.　　On or about November 4, 2003, defendant Van Ru's employee called Mr. Sutton's mother, Lois Sutton, about a debt Mr. Sutton allegedly owed to Capital One Bank in the amount of approximately $1525.

6.　　This debt arose from the use of a credit card which was used primarily for personal, family, or household purposes.

7.　　Mr. Sutton does not live with his mother.

8.　　Lois Sutton told the caller that this was not her husband's debt but rather must be her son's, Erwin Sutton, Jr.

9.　　Despite having knowledge that Ms. Lois Sutton is plaintiff's mother, defendant called back and told Mrs. Lois Sutton how much plaintiff owed and that he needs to pay his bills and that they would take "drastic measures" to collect this money.

10.　　Defendant Van Ru scared and coerced Mrs. Lois Sutton into compromising this alleged debt for $800.

11.　　Defendant Van Ru's use of intimidation and improper third party contacts has damaged plaintiff's relationship with his mother.

## DEFENDANT'S PRACTICES

12.　　Defendants Arrow and Sullivan violated numerous provisions of the FDCPA including but not limited to sections 1692c, 1692e and 1692f.

13.　　Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which he

2

should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant Van Ru Credit Corporation:

      a.    Additional damages;

      b.    Actual damages;

      c.    Attorney fees, litigation expenses and costs; and

      d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

BY ATTORNEY:

Garth J. Ridge
Bar Roll Number 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
(225) 343-0700
(225) 343-7700-fax

3