# GARTH J. RIDGE
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

```
FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 MAR 24  P 1: 25

SIGN_____
BY DEPUTY CLERK
```

March 23, 2004

Judge Ralph Tyson
777 Florida Street
Baton Rouge, Louisiana 70801

RE:   Erwin Sutton, Jr. v. Van Ru Credit Corporation, Case No. 04-123-C-M2, United States District Court, Middle District of Louisiana

Dear Judge Tyson:

Pursuant to LR 41.2M, I am notifying the court that a settlement has been reached in this matter.

If you have any questions with regard to the above, please do not hesitate to contact me.

With warm professional regards and courtesies I remain

Sincerely,

Garth J. Ridge

cc:   Erwin Sutton, Jr.
      Larry Laske, in-house counsel for defendant
      Lawrence Talamo
      Magistrate Judge Christine Noland

| INITIALS | DOCKET# |
|----------|---------|
| nt       | 4       |