UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 MAR 26 PM 2: 19

SIGN_____
by DEPUTY CLERK

ERWIN SUTTON , JR.

VERSUS

VAN RU CREDIT CORPORATION

CIVIL ACTION

NO. 04-123-C

## ORDER OF DISMISSAL

The court having been advised by counsel that the above

action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without

prejudice to the right, upon good cause shown within sixty (60)

days, to reopen the action if the settlement is not consummated.

IT IS FURTHER ORDERED that all pending motions in this action are hereby

dismissed, without prejudice, as moot.

Baton Rouge, Louisiana, March   26       , 2004.

RALPH E. TYSON
UNITED STATES DISTRICT JUDGE

RET
NL
CN
JP
NT
EOM
Ridge

| Date Docketed |
|---|
| MAR 2 6 2004 |
| Notices Mailed To: |

| INITIALS | DOCKET# |
|---|---|
| nt | 5 |